IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GABRIEL MCDOWELL**                                                     **PETITIONER**

**VERSUS**                                      **CIVIL ACTION NO. 1:06CV87-LG-JMR**

**STATE OF MISSISSIPPI, RONALD KING,
and JIM HOOD**                                           **RESPONDENTS**

CERTIFICATE OF APPEALABILITY

      A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

      __x__  A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

      ___  A Certificate of Appealability should issue for the following specific issue(s):


                                                         *s/ Louis Guirola, Jr.*
                                                         Louis Guirola, Jr.
                                                          Chief U.S. District Judge
                                                          April 11, 2011